1  RONALD P. SLATES, State Bar #43712
   KEVIN A. HOANG, State Bar #277132
2  RONALD P. SLATES, A PROFESSIONAL CORPORATION
   500 South Grand Avenue, Biltmore Tower Suite 2010
3  Los Angeles, California 90071
   (213) 624-1515 / FAX (213) 624-7536
4

5  Attorneys for Plaintiff Microsoft Corporation

6

7

8               UNITED STATES DISTRICT COURT

9    FOR THE CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

10

11 MICROSOFT CORPORATION,        ) CASE NO. 5:01-cv-00215-VAP (SGLx)
                                 )
12         Plaintiff,            ) **RENEWAL OF**
                                 ) **JUDGMENT BY CLERK**
13      vs.                      )
                                 )
14 BRIAN CALDERON, aka BRIAN     )
   CADERON, aka BRYAN CADERON,   )
15                               )
           Defendant.            )
16 _____)

17

18

19      The Judgment Debtor, Brian Calderon, aka Brian Caderon, aka Bryan

20 Caderon ("Judgment Debtor"), having Judgment entered against him on February

21 27, 2002, and having said Judgment renewed against him on February 9, 2012;

22      NOW, upon application of the Judgment Creditor, Microsoft Corporation

23 ("Judgment Creditor"), and upon declaration that Judgment Debtor has failed to pay

24 the total amount of said judgment; and that Judgment Debtor is indebted to

25 Judgment Creditor;

26      Judgment against the Judgment Debtor is hereby renewed in the amount of

27 $1,417,264.13 and the Judgment Creditor shall recover as follows:

28

RENEWAL OF JUDGMENT BY CLERK

Renewal of Judgment:

    a. Total judgment ................................................... $1,164,909.47

    b. Costs after judgment............. ................................................ $0.00

    c. Subtotal (add a and b) ......................................... $1,164,909.47

    d. Credits after judgment.............................................. $29,000.00

    e. Subtotal (subtract d from c) .................................. $1,135,909.47

    f. Interest after judgment ............................................ $281,354.66

    g. Fee for filing renewal application  ..................................... $0.00

    h. Total renewed Judgment (add e, f, and g) .....,,.... $1,417,264.13

Dated:   11/18/2021

DEPUTY CLERK

Respectfully submitted,

RONALD P. SLATES
A PROFESSIONAL CORPORATION

    /s/ RONALD P. SLATES

BY: RONALD P. SLATES

Attorney for Plaintiff/Judgment Creditor, Microsoft Corporation